UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CAPACCIO, FRANK ANTHONY

Case No.: 20-15863  
Chapter: 7  
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>July 14, 2020</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 914 TAPPAN STREET, FORKED RIVER, NJ
The debtor(s) purchased the property in 2013 for $198,000. The property is valued at $238,300 based upon a Comparative Market Analysis. Allowing for mortgages, exemption and costs of sale, there would be no excess equity available for a dividend to creditors.

Liens on property:

Midland Mortgage-$179,132
Ethic-$23,089

Amount of equity claimed as exempt:

$25,150

Objections must be served on, and requests for additional information directed to:

Name:          /s/Thomas J. Orr, Trustee
Address:       321 High Street, Burlington, NJ 08016
Phone number:  (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 20-15863-KCF
Frank Anthony Capaccio                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: pdf905          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
```
db              +Frank Anthony Capaccio,    914 Tappan Street,    Forked River, NJ 08731-1161
518812634        Admirals Bank,    PO Box 6808,    Providence, RI 02940-6808
518812637       +Cardmember Service,    6939 Americana Pkwy,    Reynoldsburg, OH 43068-4171
518812638       +CareCentrix,    9119 Corporate Lake Drive,    Tampa, FL 33634-2380
518812640       +Citibank,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
518812645       +Deborah Cardiolvascular Group PC,    200 Trenton Road,    Browns Mills, NJ 08015-1705
518812646       +Deborah Heart & Lung Center,    200 Trenton Rd,    Browns Mills, NJ 08015-1764
518812647       +Ethic,    125 High Street,    High St. Tower, 17th Fl.,    Boston, MA 02110-2758
518812648        First National Bank Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
518812649       +Fortiva,    P.O. Box 105555,    Atlanta, GA 30348-5555
518812651       +GM Financial Leasing,    P.O. 100,    Williamsville, NY 14231-0100
518812652        Jersey Shore U Medical Center,    Hackensack Meridian Health,    1945 Rte 33,    Neptune, NJ 07753
518812655      ++++LEONARD H. FRANCO, JR., ESQ.,    MIDLAND CREDIT MANAGEMENT INC.,    1 RIVERFRONT PLZ STE 710,
                   NEWARK NJ   07102-5415
                 (address filed with court: Leonard H. Franco, Jr., Esq.,    MIdland Credit Management Inc.,
                   1037 Raymond Blvd, Suite 710,    Newark, NJ 07102)
518812654       +Leonard H. Franco, Jr.,    Jp Morgan Chase Legal Department,
                   900 U. S. Highway 9 North, Suite 401,    Woodbridge, NJ 07095-1003
518812658       +Midland Mortgage,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
518812660       +Oklahoma FMS, Inc,    PO Box 707600,    Tulsa, OK 74170-7600
518812664       ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                   DURHAM NC 27713-2450
                 (address filed with court: Professional Recovery Consultants*,    2700 Meridian Pkwy Ste 200,
                   Durham, NC 27713)
518812663       +Profesional Service Fund of DE,    200 Trenton Road,    Browns Mills, NJ 08015-1705
518812665       +Quest Diagnostics,    P.O. Box 740985,    Cincinnati, OH 45274-0985
518812666       +Radius Global Solutions,    P.O. Box 390846,    Minneapolis, MN 55439-0846
518812668       +Robert & Katherine Abline,    23 Crescent Drive,    Lake Hopatcong, NJ 07849-1339
518812670        Southern Ocean Medical Center,    1140 W. Bay Avenue,    Manahawkin, NJ 08050
518812671       +Southern Shores Eye Center, PA,    1206 Route 72 West,    Manahawkin, NJ 08050-2414
518812676       +Todd J. Leonard Law Firm,    3010 Route 10 West,    Denville, NJ 07834-3421
518812677       +Wakefield and Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
518812679       +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 23:13:32      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 23:13:31      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518812635       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:19:06      Bill Me Later*,    P.O. Box 2394,
                   Omaha, NE 68103-2394
518812643       +E-mail/Text: customercareus@creditcorpsolutionsinc.com Jun 16 2020 23:12:49
                   Credit Corp Solutions*,    180 Election Rd, Ste 200,    Draper, UT 84020
518812636       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 23:18:48      Capital One*,
                   Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
518812641       +E-mail/Text: mediamanagers@clientservices.com Jun 16 2020 23:12:52      Client Services*,
                   3451 Harry Truman Blvd,    Saint Charles, MO 63301-4047
518812642       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 16 2020 23:13:49
                   Credit Collection Services*,    Two Wells Avenue, Dept 9136,    Newton, MA 02459-3225
518812644       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 23:19:16      Credit One*,
                   P.O. Box 98873,    Las Vegas, NV 89193-8873
518812650       +E-mail/Text: bankruptcy@affglo.com Jun 16 2020 23:13:33      Global Credit & Collection*,
                   5440 N Cumberland Avenue,    Chicago, IL 60656-1486
518812639        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2020 23:19:32
                   Chase Bank/Bankruptcy*,    Attn. Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                   Monroe, LA 71203
518812653       +E-mail/Text: bncnotices@becket-lee.com Jun 16 2020 23:13:04      Kohl's*,    P.O. Box 3043,
                   Milwaukee, WI 53201-3043
518812656       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 23:19:18      LVNV Funding*,
                   P.O. Box 10497,    Greenville, SC 29603-0497
518812657       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 16 2020 23:18:45      Merrick Bank*,
                   P.O. Box 171379,    Salt Lake City, UT 84117-1379
518812659       +E-mail/Text: collectionbankruptcy@oceanfirst.com Jun 16 2020 23:13:44      Ocean First Bank*,
                   975 Hooper Avenue,    Toms River, NJ 08753-8320
518812661       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:19:07      PC Richard & Son*,
                   Synchrony Bank,    P.O. Box 965061,    Orlando, FL 32896-5061
518812662        E-mail/Text: info@phoenixfinancialsvcs.com Jun 16 2020 23:12:51      Phoenix Financial Services*,
                   P.O. Box 361450,    Indianapolis, IN 46236
518812667       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 23:19:19
                   Resurgent Capital Services*,    55 Beattie Place,Ste 110,    Greenville, SC 29601-5115
518812669       +E-mail/PDF: clerical@simmassociates.com Jun 16 2020 23:19:34      Simm Associates*,
                   800 Pencader Drive,    Newark, DE 19702-3354
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 16, 2020
                              Form ID: pdf905          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518812672      +E-mail/Text: bk.notifications@jpmchase.com Jun 16 2020 23:13:23     Subaru Motors Finance*,
                Chase Bank,   P.O. Box 901076,   Fort Worth, TX 76101-2076
518812673      +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:18:46     Synchrony Bank*,
                Bankruptcy Dept,   P.O. Box 965064,   Orlando, FL 32896-5064
518812674       E-mail/Text: tidewaterlegalebn@twcs.com Jun 16 2020 23:13:07     Tidewater Finance Company*,
                6520 Indian River Road,   Virginia Beach, VA 23464
518812675       E-mail/Text: BKNotice@tiffany.com Jun 16 2020 23:12:57     Tiffany & Co,   PO Box 1728,
                Memphis, TN 38101-1728
518812678       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 23:19:07     Walmart/Sycnb,   PO Box 960024,
                Orlando, FL 32896-0024
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Frank Anthony Capaccio sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```