UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                    :        Case no.:        _____20-15863_____
                                          :
 Frank Anthony Capaccio                   :        Chapter:         _____7_____
                                          :
                                          :        Judge:           _____Ferguson_____
                          Debtor(s)       :
_____ :

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no
objections filed relative to the Notice of Proposed:

☒     Abandonment

☐     Public Sale

☐     Private Sale

☐     Settlement of Controversy

☐     Auctioneer Compensation

Description of Property (if applicable):
 Real Estate at 914 Tappan Street, Forked River, NJ.

JEANNE A. NAUGHTON, Clerk

Date: _7/8/2020_____          By: _Gary A. Nau_____

*rev.2/10/17*